■ John Murphy, Respondent, v CSX Transportation, Inc., Appellant. (Appeal No. 1.) [910 NYS2d 723]—Appeal from an order of the Supreme Court, Erie County (Rose H. Sconiers, J.), entered July 13, 2009 in a personal injury action. The order, among other things, awarded plaintiff prejudgment interest.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Martoche, Centra, Fahey and Green, JJ.